# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-3187
_____

CHESTNUT RIDGE AT OAKLEAF
PLANTATION TOWN HOMES
OWNERS' ASSOCIATION, INC.,

Appellant,

v.

DREAM FINDERS HOMES, LLC, a
Florida limited liability
company; MARK CASEY CONNER;
RICKEY LEWIS LEBLANC II; JAX
FRAME LLC, a Florida limited
liability company; CONTR3RAS,
INC., a Florida profit
corporation; WHITENERS
TRACTOR SERVICES, INC., a
Florida profit corporation, TWO
PINES, LLC., a Florida limited
liability company; BOCK'S
CONCRETE, INC., a Florida profit
corporation; HARD ROCK
MATERIALS, INC., a Florida profit
corporation; HIGH TIDE
PARTNERS LLC, dba UNITED
LANDSCAPES, INC., a Florida
profit corporation; COOK'S
LANDSCAPING, LLC, a Florida
limited liability company; MATO,
LLC, a Florida limited liability
company; NORTHEAST FLORIDA
PAINTING & PRESSUREWASHING
LLC, a Florida limited liability

company; WAYNE THOMPSON PAINTING INC., a Florida profit corporation; TRUE HOUSE, INC., a Florida profit corporation; COASTAL ROOFING, INC., a Florida profit corporation; COSTA VERDE LANDSCAPE, INC., a Florida profit corporation; MCDANIEL PLASTERING, INC., a Florida profit corporation; INNOVATIVE CONSTRUCTION GROUP OF NORTH FLORIDA, INC., a Florida profit corporation; CONSTRUCTION SOLUTIONS & SUPPLY, LLC, a Florida limited liability company, JM CONSTRUCTION SERVICES OF ORLANDO, INC.; a Florida profit corporation; MZA CONSTRUCTION, INC., a Florida profit corporation; PERFECT BUILDERS GROUP, INC., a Florida profit corporation; and SARMIENTOS CONSTRUCTION, INC., a Florida profit corporation,

  Appellees.

_____

On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

September 9, 2021

PER CURIAM.

  AFFIRMED. *Pulte Home Corp. v. Vermillion Homeowners Ass'n, Inc.*, 109 So. 3d 233, 235 (Fla. 2d DCA 2013); *Perdido Key*

2

*Island Resort Dev., LLP v. Regions Bank*, 102 So. 3d 1, 6–7 (Fla. 1st DCA 2012).

Lewis, Makar, and Bilbrey, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Phillip E. Joseph, Evan Small, Brett J. Roth, Keegan A. Berry, and Patrick J. Button of Ball Janik LLP, Orlando, for Appellant.

Jason Gonzalez, Amber S. Nunnally, and Frank T. Moya of Shutts & Bowen LLP, Tallahassee, for Appellees.